UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, A Married Woman Dealing With Her Sole And Separate Claim,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GLORIETTA BAY INN, L.L.C.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 15-CV-2854-CAB-BGS<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>[Doc. No. 8] |

After issuing an order to show cause, the Court dismissed this action for lack of subject matter jurisdiction because Plaintiff lacks standing to bring the ADA claim she asserts in the complaint. Within hours of entry of the Court's dismissal order, Plaintiff filed a motion for reconsideration in which she relies on a case (*Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939 (9th Cir. 2011)) that she did not cite in her response to the Court's order to show cause. Regardless, the cases cited in the motion do not support Plaintiff's standing to assert claims concerning the ADA compliance of a place of public accommodation in a city hundreds of miles from her home that she has never visited and has no plans to visit in the future. Accordingly, Plaintiff's motion is **DENIED.**

　It is **SO ORDERED**.

Dated: February 18, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　United States District Judge